UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

**FILED**
MAR 10 2006
[signature] CLERK

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| O'DELL E. DAVIS, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>SOUTH DAKOTA DEPARTMENT OF CORRECTIONS; TIM REISCH, Secretary of Corrections for South Dakota; DOUGLAS WEBER, Chief Warden for the Department of Corrections; ROBERT DOOLEY, Warden of the Mike Durfee State Prison; DALLAS SCHNEIDER, Deputy Warden of the Mike Durfee State Prison; JOHN KUCKELBURG, Associate Warden of the Mike Durfee State Prison; MARK REED, Cultural Affairs Coordinator of the Mike Durfee State Prison; LISA McFLETCHER, Unit Manager of the Yankton Trustee Unit of the Mike Durfee State Prison; REBECCA SCHIEFFER, Unit Counselor of the Yankton Trustee Unit of the Mike Durfee State Prison; ROBERT NOVOTNY, Unit Case Manager of the Yankton Trustee Unit of the Mike Durfee State Prison; BRUCE FISHER, Sergeant and Supervisor of Guards at the Yankton Trustee Unit of the Mike Durfee State Prison; JOSEPH WIESLER, Correctional Officer assigned to the Yankton Trustee Unit of the Mike Durfee State Prison; CBM FOOD SERVICE, its employees and agents assigned to Yankton Trustee Unit of Mike Durfee State Prison, as food service providers for Dept. of Corrections inmates assigned to Yankton Trustee Unit of Mike Durfee State Prison; GARY TAYLOR, Unit Manager of Unit C of the South Dakota State Penitentiary; STEVE NEWLAND, Unit Counselor of Unit C of the South Dakota State Penitentiary; all Defendants in their individual and official capacities,<br><br>    Defendants. | CIV. 05-4016<br><br><br>ORDER FOR SERVICE |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Plaintiff's Complaint and Amended Complaint have been screened pursuant to 28 U.S.C. §1915A. It has been determined that the plaintiff can proceed in forma pauperis in this action brought under 42 U.S.C. § 1983,

Now, therefore,

IT IS ORDERED:

1. That the United States Marshal serve a copy of the summons and Docs. 1, 2, 3, 4, 5, 6, 7, 9, 10, 13, 15, 16, 18, 19, 21, 22, 24, 25, the Second Report and Recommendation and this order upon Defendants Dooley, Reed, McFletcher, Novotny, Taylor and Newland, *in their individual capacities only*, as directed by plaintiff. All costs of service shall be advanced by the United States.

2. That plaintiff shall serve upon defendants, or, if appearance has been entered by counsel, upon their attorney, a copy of every further pleading or other document submitted for consideration by the Court. He shall include with the original paper to be filed with the Clerk of Court a certificate stating the date a true and correct copy of any document was mailed to defendants or their counsel. Any paper received by a district judge or magistrate judge which has not been filed with the Clerk or which fails to include a certificate of service will be disregarded by the Court.

Dated this 10th day of March, 2006.

BY THE COURT:

John E. Simko
United States Magistrate Judge

ATTEST:
JOSEPH HAAS, CLERK

By: _Shelly Margulies_, Deputy

(SEAL)