**FILED**

### UNITED STATES DISTRICT COURT
### DISTRICT OF SOUTH DAKOTA
### SOUTHERN DIVISION

APR 2 5 2006

CLERK

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| O'DELL E. DAVIS, individually and on behalf of others similarly situated, | * | CIV. 05-4016 |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| SOUTH DAKOTA DEPARTMENT OF CORRECTIONS; TIM REISCH, Secretary of Corrections for South Dakota; DOUGLAS WEBER, Chief Warden for the Department of Corrections; ROBERT DOOLEY, Warden of the Mike Durfee State Prison; DALLAS SCHNEIDER, Deputy Warden of the Mike Durfee State Prison; JOHN KUCKELBURG, Associate Warden of the Mike Durfee State Prison; MARK REED, Cultural Affairs Coordinator of the Mike Durfee State Prison; LISA McFLETCHER, Unit Manager of the Yankton Trustee Unit of the Mike Durfee State Prison; REBECCA SCHIEFFER, Unit Counselor of the Yankton Trustee Unit of the Mike Durfee State Prison; ROBERT NOVOTNY, Unit Case Manager of the Yankton Trustee Unit of the Mike Durfee State Prison; BRUCE FISHER, Sergeant and Supervisor of Guards at the Yankton Trustee Unit of the Mike Durfee State Prison; JOSEPH WIESLER, Correctional Officer assigned to the Yankton Trustee Unit of the Mike Durfee State Prison; CBM FOOD SERVICE, its employees and agents assigned to Yankton Trustee Unit of Mike Durfee State Prison, as food service providers for Dept. of Corrections inmates assigned to Yankton Trustee Unit of Mike Durfee State Prison; GARY TAYLOR, Unit Manager of Unit C of the South Dakota State Penitentiary; STEVE NEWLAND, Unit Counselor of Unit C of the South Dakota State Penitentiary; all Defendants in their individual and official capacities, | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | OPINION AND ORDER |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

The Magistrate Judge issued a Report and Recommendation on June 30, 2005 and a Second Report and Recommendation on March 10, 2006. Plaintiff did not file any objections to either recommendation. After conducting an independent review of the record, the Court agrees with the Magistrate Judge. Accordingly, it is hereby

ORDERED that:

1.  The Report and Recommendation (Doc. 13) and Second Report and Recommendation (Doc. 26) are ADOPTED.

2.  Plaintiff's complaint and his amended complaint (Docs. 1 and 25) are dismissed, with prejudice, as a matter of law for failing to state a claim upon which relief can be granted against Defendant South Dakota Department of Corrections.

3.  Plaintiff's complaint and amended complaint (Docs. 1 and 25) are dismissed, without prejudice, for failure to state a claim upon which relief can be granted against Defendants CBM Food Service, Reisch, Weber, Schneider, Kuckelburg, Schieffer, Fisher and Wiesler.

4.  Plaintiff's complaint and amended complaint (Docs. 1 and 25) are dismissed, with prejudice, for failure to state a claim upon which relief can be granted against Defendants Dooley, Reed, McFletcher, Novotny, Taylor and Newland in their official capacities only.

5.  The only Defendants that remain in this action are Defendants Dooley, Reed, McFletcher, Novotny, Taylor and Newland, in their individual capacities only. All other previously named parties shall be deleted from the caption on all future filings, and the Clerk's office is directed to terminate parties in accordance with this Order.

Dated this ___15___ day of April, 2006.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

By: Shelly Marguliez , Deputy
(SEAL)

2